IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 7:07-CR-87-1-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| SHANE MARCUS HUNT, | ) | |
| | ) | |
| Petitioner | ) | |

The Motion to Release Sealed Material to the Printer filed by the Defendant, to wit the pre-sentence report and Statement of Reasons, is hereby ALLOWED.

This the _8_ day of _September_ 2010.

The Honorable Terrence W. Boyle
United States District Court Judge
Eastern District North Carolina