IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 7:07-CR-87-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| SHANE MARCUS HUNT, | ) | |
| | ) | |
| Petitioner | ) | |

The Motion to Release Sealed Material to the Printer filed by the Defendant, to wit the Transcript of Arraignment dated August 24, 2007, is hereby ALLOWED.

This the 22 day of Nov, 2010.

The Honorable Terrence W. Boyle
United States District Court Judge
Eastern District North Carolina